AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | |
|---|---|
| v. | Case: 1:24-mj-00145 |
| Francisco Antonio Campos | Assigned to: Judge Upadhyaya, Moxila A. |
| | Assign Date: 4/26/2024 |
| | Description: ARREST RULE(5) |

United States of America
v.
Francisco Antonio Campos

Case No. 4:03CR60
FID: 2805736
SRV

**ORIGINAL**

SEALED

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Francisco Antonio Campos   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE AND MARIJUANA (Count One, et al )

Date:   01/23/2024

*Issuing officer's signature*

City and state:   Norfolk, VA

Arenda L. Wright Allen, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/23/2024, and the person was arrested on *(date)* 04/26/2024
at *(city and state)*   Washington DC   .

Date: 04/26/2024

*Arresting officer's signature*

Derek Stallman - DUSM
*Printed name and title*